# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

Jonathan Daniel Smith,

    Plaintiff,

v.

Robin Souvenir, *et al*.,

    Defendants.

Case No. 3:19-cv-05838-RSL-TLF

ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation (Dkt. # 67); and

(2)     plaintiff's claims against defendant Darren Carlson are DISMISSED without prejudice.

Dated this 10th day of May, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT - 1